**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| BREANE KOTYK., | : | No. 53 EM 2023 |
| Petitioner | : | |
| v. | : | |
| ANDREW KOTYK, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of July, 2023, the Petition for the Allowance of a Subpoena for District Judge to Appeal and Testify as a Character Witness and Fact Witness Pursuant to Pa.R.J.A. 1701 is **GRANTED**.